UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO.: 15-10147-CIV-MARTINEZ-GOODMAN
Consent Case

SCHEU & SCHEU, INC., d/b/a
APE,

     *Plaintiff,*

vs.

CASEY SCHEU, VERONICA SCHEU,
APE.COM, LLC. & NETWORK
SOLUTIONS, LLC,

     *Defendants.*

_____/

## MEDIATED AND STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon the mediation and stipulation of the parties. The Court, being fully advised of the premises, enters this Order:

    1.    Defendants agree to relinquish any claims of ownership to the following domain names and email addresses: "ape.com", "apecart.com", "apebasket.com", "ape.navy", "casey@ape.com", "veronica@ape.com" and "reddust@ape.com"; and to transfer their interest in such domain names to the Plaintiff. Defendants shall execute such documents as are required by ICANN and the current registrar to effectuate transfer of the domain names registration to the Plaintiff.

    2.    The instant action and all claims and causes of action asserted by the Plaintiff are dismissed, with prejudice, and each party to bear their own attorney's fees and costs;

    3.    The Court reserves jurisdiction to enforce this order;

4.      Defendants agree to transfer and assist Plaintiff in the re-establishment of access to the Act Program and the Great Plains Program and shall provide all customer lists, plans, specifications, and schematics obtained while they were employed at Scheu & Scheu, Inc. which are currently in their possession today, if any, and will not retain copies of nor use these databases or any data extracted therefrom;

5.      Defendants specifically state they are not in possession of the Act Database or the Great Plains Database and they have no customer lists, plans, specifications, and schematics obtained while they were employed at Scheu & Scheu, Inc.; and

6.      Defendants warrant they have not transferred any interest or right to the domain names as set forth above to any third party.

DONE AND ORDERED in Chambers, in Miami, Florida, this _____ day of July, 2017.

_____
Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record

| HERSHOFF, LUPINO & YAGEL, LLP<br>*Counsel for Defendants, Casey Scheu,*<br>*Veronica Scheu & APE.COM, LLC*<br>90130 Old Highway<br>Tavernier, FL 33070<br>(305) 852-8440 - Telephone<br>(305) 852-8848 – Facsimile<br>RYagel@HLYlaw.com<br>BrittanyMiller@HLYlaw.com<br>KFord@HLYlaw.com<br><br>By: _____<br>       RUSSELL A. YAGEL, ESQUIRE<br>       Florida Bar No. #727090 | GRAY ROBINSON, P.A.<br>*Counsel for Plaintiff*<br>333 SE 2nd Ave, Suite 3200<br>Miami, FL 33131<br>(305) 416-6880 – Telephone<br>(305) 416-6887<br>Gary.carman@gray-robinson.com<br>Bily.fernandez@gray-robinson.com<br>Barbara.rodriguez@gray-robinson.com<br><br>By: _____<br>       GARY M. CARMAN, ESQUIRE<br>       Florida Bar No. #179409 |

SMT.REPAIR, LLC f/k/a APE.COM, LLC

By: _____
CASEY SCHEU, Individually
and as Manager

By: _____
VERONICA SCHEU, Individually
and as Manager

SCHEU & SCHEU, INC. d/b/a APE

By: _____
BARBARA SCHEU, Individually
and as President

SANDRA TAYLOR, P.A.

By: _____
SANDRA TAYLOR, Mediator