UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-10147-CIV-GOODMAN
[CONSENT CASE]

SCHEU & SCHEU, INC.,

    Plaintiff,

v.

CASEY SCHEU, VERONICA SCHEU,
and APE.COM, LLC,

    Defendants.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

The parties filed a Mediated and Stipulated Order of Dismissal with Prejudice [ECF No. 97] indicating that they have settled all claims. Based on several terms set forth in the stipulation, they request that the Court dismiss with prejudice the action in its entirety, retaining jurisdiction to enforce the settlement terms.

Accordingly, the Court **orders** as follows:

1. This case is **dismissed with prejudice.**

2. The Court **retains jurisdiction** to enforce the terms of the parties' settlement, as set forth in the stipulation.

3.   The Clerk of the Court is directed to **close** the case and **deny without prejudice as moot** any pending motions.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on July 10, 2017.

_____
Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
All Counsel of Record